﻿Citation Nr: AXXXXXXXX
Decision Date: 07/30/19 Archive Date: 07/29/19

DOCKET NO. 190513-12746
DATE: July 30, 2019

ORDER

A higher initial disability rating in excess of 30 percent for bilateral hearing loss is denied. 

FINDING OF FACT

For the initial rating period on appeal from November 9, 2018, audiometric and speech recognition testing has revealed, at worst, Level XI hearing acuity in the right ear and Level IV in the left ear. 

CONCLUSION OF LAW

For the initial rating period on appeal from November 9, 2018, the criteria for a disability rating in excess of 30 percent bilateral hearing loss have not been met or more nearly approximated. 38 U.S.C. §§ 1155, 5103, 5103A, 5107; 38 C.F.R. §§ 4.3, 4.7, 4.85, 4.86, 4.87, Diagnostic Code 6100. 

REASONS AND BASES FOR FINDING AND CONCLUSION

On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework of review for Veterans dissatisfied with VA’s decision on their claim. 

In May 2019, the Veteran opted for direct review by the Board. Direct review is the appeal option to the Board in which a Board decision is issued based on evidence of record at the time of the prior decision. The Board cannot hold a hearing or accept into the record additional evidence in its direct review.

This matter comes before the Board of Veterans’ Appeals (Board) on appeal from a March 2019 AMA rating decision, which granted service connection for bilateral hearing loss and assigned a 30 percent initial disability rating. 

Initial Rating for Bilateral Hearing Loss

The Veteran is in receipt of a 30 percent initial disability rating for the service-connected bilateral hearing loss under 38 C.F.R. § 4.85, Diagnostic Code 6100. The Veteran is seeking a higher rating for bilateral hearing loss for the initial rating period on appeal from November 9, 2018 (date of claim for service connection). The May 2019 notice of disagreement reflects the Veteran indicated that a higher rating was warranted for hearing loss.

Ratings for bilateral defective hearing range from noncompensable (0 percent) to 100 percent based on organic impairment of hearing acuity as measured by the results of controlled speech discrimination tests, together with the average hearing threshold level as measured by pure tone audiometric tests at the frequencies of 1000, 2000, 3000, and 4000 cycles per second (Hertz or Hz). To evaluate the degree of disability from bilateral defective hearing, the rating schedule establishes 11 auditory acuity levels designated from Level I, for essentially normal acuity, through Level XI, for profound deafness. 38 C.F.R. § 4.85. Pursuant to VA’s rating schedule, the assignment of a disability rating for hearing impairment is derived by a purely mechanical application of the rating schedule to the numeric designations derived from the results of audiometric evaluations. Lendenmann v. Principi, 3 Vet. App. 345, 349 (1992). 

Table VIA, “Numeric Designation of Hearing Impairment Based Only on Pure Tone Threshold Average,” is used to determine a Roman numeral designation (I through XI) for hearing impairment based only on the pure tone threshold average. Table VIA will also be used when the examiner certifies that use of the speech discrimination test is not appropriate because of language difficulties, inconsistent speech discrimination scores, etc., or when indicated under the provisions of Section 4.86, described in the preceding paragraph. 38 C.F.R. § 4.85(c). 

When the pure tone threshold at each of the four specified frequencies (1000, 2000, 3000, and 4000 Hertz) is 55 decibels or more, the rating specialist will determine the Roman numeral designation for hearing impairment from either Table VI or Table VIA, whichever results in the higher numeral. Each ear will be evaluated separately. 38 C.F.R. § 4.86(a). Similarly, if the pure tone threshold is 

30 decibels or less at 1000 Hz, and 70 decibels or more at 2000 Hz, the rating specialist will determine the Roman numeral designation for hearing impairment from either Table VI or Table VIA, whichever results in the higher numeral, and that numeral will be elevated to the next higher Roman numeral. 38 C.F.R. § 4.86(b).

For the initial rating period on appeal from November 9, 2018, the Board finds that the weight of the competent and probative lay and medical evidence demonstrates that a rating in excess of 30 percent for bilateral hearing loss is not warranted. For the rating period on appeal from November 9, 2018, audiometric and speech recognition testing has revealed, at worst, Level XI hearing acuity in the right ear and Level IV hearing acuity in the left ear.

Specifically, the VA treatment records, the January 2019 VA examination, and the Veteran’s lay statements are consistent with a 30 percent disability rating. At the January 2019 VA audiometric examination, speech recognition scores using the Maryland CNC Test revealed speech discrimination of zero percent in the right ear and 78 percent in the left ear. The January 2019 VA audiometric examination report reflects that the average decibel loss was 105 for the right ear and 59 for the left ear, and a 30 percent rating is derived from Table VII of 38 C.F.R. 4.85 by intersecting row I, the better ear, with column I, the poorer ear. 38 C.F.R. § 4.85, Diagnostic Code 6100. Thus, the audiometric evidence does not support a finding of a higher initial disability rating in excess of 30 percent.

The Board has also considered whether an initial disability rating higher than 30 percent for bilateral hearing loss is warranted by applying the provisions of 

38 C.F.R. § 4.86(a) for exceptional patterns of hearing impairment. As pure tone thresholds for the right ear were measured at 55 decibels or more for each of the four specified frequencies, the higher Roman numeral designated from either Table VI or Table VIa will be used. Per the January 2019 results for the right ear, a Roman numeral XI is designated under Table VI, and a Roman numeral XI is also designated under Table VIa. Intersecting the numeric designations to the applicable row and column for the right and left ear, a 30 percent rating is derived from Table VII of 38 C.F.R. § 4.85. Accordingly, applying the exceptional hearing pattern provisions of 38 C.F.R. § 4.86(a) for the right ear does not support a finding of a higher initial disability rating in excess of 30 percent.

(Continued on the next page)

 

For these reasons, the Board finds that rating in excess of 30 percent for bilateral hearing loss is not warranted for the period on appeal from November 9, 2018. See 38 U.S.C.§ 5107; 38 C.F.R. §§ 4.3, 4.7.

 

J. PARKER

Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD A. Tenney, Associate Counsel 

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.